UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rachel Meacham a/k/a Rachel V. Meacham,<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>Equifax Information Services LLC; Experian Information Solutions, Inc.; Trans Union LLC a/k/a Transunion; and Comenity Bank,<br><br>　　　　　　　　　Defendants. | Civil Action<br>Case No.: 1:24-cv-08143-AMD-MMH |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff Rachel Meacham a/k/a Rachel V. Meacham, by and through her undersigned counsel, Petroff Amshen LLP, hereby gives notice that the complaint against Defendant Comenity Bank is voluntarily dismissed with prejudice.

Dated: Brooklyn, New York
　　　　March 19, 2025

**PETROFF AMSHEN LLP**
*Attorneys for Plaintiff,*
Rachel Meacham

*/s/ Serge F. Petroff*
Serge F. Petroff, Esq. (ID No. SP9522)
1795 Coney Island Avenue, Third Floor
Brooklyn, New York 11230
Telephone: (718) 336-4200
Email: spetroff@petroffamshen.com