# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACHEL MEACHAM a/k/a RACHEL V. MEACHAM,<br><br>Plaintiff,<br><br>-against-<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC a/k/a TRANSUNION; and COMENITY BANK,<br><br>Defendants. | Civil Action<br>Case No.: 1:24-cv-08143-AMD-MMH |

## STIPULATION OF DISMISSAL

Plaintiff, Rachel Meacham a/k/a Rachel V. Meacham, and Defendant, Comenity Bank ("Comenity"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of all claims against Comenity with prejudice and without fees and costs.

| | |
|---|---|
| Dated: March 19, 2025 | Dated: March 19, 2025 |
| **PETROFF AMSHEN LLP**<br>*Attorneys for Plaintiff,*<br>Rachel Meacham a/k/a Rachel V. Meacham | **HUSCH BLACKWELL LLP**<br>*Attorneys for Defendant*<br>Comenity Bank |
| */s/ Serge F. Petroff*<br>Serge F. Petroff, Esq.<br>1795 Coney Island Avenue, Third Floor<br>Brooklyn, New York 11230<br>Telephone: (718) 336-4200<br>Email: spetroff@petroffamshen.com | */s/ Colleen Fox*<br>Colleen Fox, Esq<br>1801 Pennsylvania Avenue NW, Suite 1000<br>Washington, DC 20006<br>Telephone: (202) 378-5795<br>Email: colleen.fox@huschblackwell.com |